IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANISHA ILENE LUNA, aka, )<br>Anisha I. Martinez, )<br>)<br>Defendant. ) | Criminal No. 1:21-cr-00017<br><br>**ENHANCEMENT INFORMATION AND NOTICE OF PRIOR CONVICTION** |

Pursuant to Title 21, United States Code, Section 851(a)(1), the government files the following information notifying Defendant, ANISHA ILENE LUNA, aka, Anisha I. Martinez, that she is subject to increased penalties by reason of one or more of the following convictions:

1. Defendant is charged in Count 1 of the Second Superseding Indictment with Conspiracy to Distribute a Controlled Substance and with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A). In Count 2 of the Second Superseding Indictment the defendant is charged with Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(1)(A) and 841(b)(1)(B).

2. A "serious drug felony," is defined under 21 U.S.C. § 802(57); a "serious violent felony" is defined under 21 U.S.C. § 802(58); and a "felony drug offense," is defined in 21 U.S.C. § 802(44).

3. If Defendant is convicted of the offense charged in Counts 1 and/or 2, the government will seek increased punishment pursuant to Title 21, United States Code, Section 841(b), based on the following conviction for a serious drug offense:

   a. In 2014 the defendant was convicted of Conspiracy to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 846, in the

District of Nebraska, a serious drug felony, for which the defendant served over 12 months of imprisonment and was released from any term of imprisonment within 15 years of the date of the instant offense.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  /s/ *Richard Rothrock*
Assistant United States Attorney
2146 27th Ave, Suite 400
Council Bluffs, Iowa 51501
Tel: 712-256-5009
Email: Richard.rothrock@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail    ____Fax    ____Hand Delivery

 X  ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By:  /s/ *MPM*
    Paralegal Specialist